B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of California | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Vail Lake Rancho California, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>7824 Exchange Place<br>La Jolla, CA 92038 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>San Diego                                    ZIP CODE<br>                                                                          92038 |                                                                ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Riverside County, California

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other
    recreation and venue events

### VENUE

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>North Plaza, LLC | Case Number<br>04-00769 | Date |
|---|---|---|
| Relationship<br>Affiliate | District<br>Southern District of California | Judge<br>Bowie |

### ALLEGATIONS
(Check applicable boxes)

1. ☐ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
       or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**COURT USE ONLY**

```
Case # : 12-16684-11
Debtor.: VAIL LAKE RANCHO CALIFORNIA, L
Chapter: 11
----------------------------------
Filed  : December 26, 2012  15:09:53
Deputy : RUSSELL PALUSO
Receipt: 220864
Amount : $1,213.00
----------------------------------
```

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Vail Lake Rancho Cali__

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x __/s/ Richard Crowell__
Signature of Petitioner or Representative (State title)
Richard Crowell
Name of Petitioner
Date Signed: 12-19-2012

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

Name & Mailing Address of Individual Signing in Representative Capacity

---

x _____
Signature of Petitioner or Representative (State title)
Invesco Management Services
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Wayne Gregory, 825-A8 South Waukegan Rd., Waukegan, IL 60045

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
Thomas Tahara
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Richard Crowell, 427 Fern Leaf Way, Corona del Mar, CA 92625 | sevices | 24,000.00 |
| Wayne Gregory, 825-A8 South Waukegan, Waukegan, IL | services | 48,000.00 |
| Thoams Tahara, PO Box 1674, Solana Beach, CA 92075 | note | 471,250.00 |
| | Total Amount of Petitioners' Claims | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

__0__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Vail Lake Rancho Cali__

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____<br>Signature of Petitioner or Representative (State title)<br>**Richard Crowell**<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x_____               Date<br>Signature of Attorney<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
|---|---|
| x___/s/_____<br>Signature of Petitioner or Representative (State title)<br>**Invesco Management Services**<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing      Wayne Gregory, 825-A8<br>Address of Individual  South Waukegan<br>Signing in Representative Rd., Waukegan, IL 60045<br>Capacity | x_____               Date<br>Signature of Attorney<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>**Thomas Tahara**<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x_____               Date<br>Signature of Attorney<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Richard Crowell, 427 Fern Leaf Way, Corona del Mar, CA *Corona* | sevices | 24,000.00 |
| Wayne Gregory, 825-A8 South Waukegan, Waukegan, IL | services | 48,000.00 |
| Thoams Tahara, PO Box 1674, Solana Beach, CA 92075 | note | 471,250.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

___0___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Vail Lake Rancho Cal__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _[signature]_ | x _____ Date _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Thomas Tahara                   12/12/2012 | |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| x _____ | x _____ Date _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| x _____ | x _____ Date _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Thomas Tahara, PO Box 1674, Solan Beach, CA 92075 | promissory note | 471,250.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached