1 | FREDERICK C. PHILLIPS, #51337
PHILLIPS, HASKETT & INGWALSON
2 | a Professional Corporation
701 "B" Street, Suite 1190
3 | San Diego, CA 92101
Telephone: (619) 231-3737
4 | Facsimile: (619) 233-1223

5 | Attorneys for: Vail Lake Rancho California, LLC.

## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| In re | ) Case No.  12-16684-LA 11 |
|---|---|
| VAIL LAKE RANCHO CALIFORNIA, LLC.<br><br>    Debtor. | ) RESPONSE OF VAIL LAKE RANCHO CALIFORNIA, LLC. TO INVOLUNTARY PETITION |

The alleged Debtor, VAIL LAKE RANCHO CALIFORNIA, LLC., has considered the Petition of Creditors herein and believes the Petition is well taken.

The alleged Debtor is in the process of retaining reorganization counsel. The alleged Debtor believes the retention will be finalized this week and that a further pleading will be filed formally consisting to an adjudication in this matter no later than close of business on Monday, April 29, 2013.

Dated: April 23, 2013                    PHILLIPS, HASKETT & INGWALSON, a P. C.


                                          By:_____/s/    FREDERICK C. PHILLIPS_____
                                             FREDERICK C. PHILLIPS, Attorneys for
                                             VAIL LAKE RANCHO CALIFORNIA, LLC.

---

RESPONSE OF VAIL LAKE TO INVOLUNTARY PETITION