MARC J. WINTHROP -- State Bar No. 63218
  mwinthrop@winthropcouchot.com
PETER W. LIANIDES -- State Bar No. 160517
  plianides@winthropcouchot.com
**WINTHROP COUCHOT P.C.**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:  (949) 720-4100
Facsimile:   (949) 720-4111

Kelly Abreu -- State Bar No. 158610
**Law Office of Kelly Abreu**
P.O. Box 644
Murrieta, CA 92564
Telephone:  (951) 600-0260

Counsel for Secured Creditors,
Kid Gloves, Inc. and 1690463 Alberta Ltd.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 12-16684-LA11 |
|---|---|
| Vail Lake Rancho California, LLC, | Involuntary Chapter 11 Proceedings |
| Alleged Debtor. | **SECURED CREDITORS' COMMENTS RE STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER** |
| | DATE: June 6, 2013<br>TIME:   2:30 p.m.<br>CTRM: 118 |

**TO THE HONORABLE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE, AND OTHER PARTIES-IN-INTEREST:**

   Kid Gloves Inc., a Nevada Corporation  and 1690463 Alberta Ltd., secured creditors (collectively "Kid Gloves") of the above reference alleged debtor, Vail Lake Rancho California, LLC (" Alleged Debtor") hereby submit the within comments in connection with the status conference ordered by the Court regarding the involuntary petition and answer.

   Kid Gloves is a secured creditor with respect to certain real property consisting of approximately 539.73 acres of rural and mostly unimproved land located in Aguanga, California

("Property").  On June 3, 2013, Kid Gloves filed a motion for relief from stay with respect to the Property ("RFS Motion").  See Docket nos. 35-39.  As set forth in more detail in the RFS Motion, Kid Gloves believes the involuntary petition was filed in bad faith.

      1.     Kid Gloves concurs with the *Notice of Objection to Involuntary Petition and Intent to File Motion to Dismiss*, docket no. 5, filed by Cambridge Financial of California LLC ("Cambridge") that the involuntary petition was the product of collusion.

      2.     Kid Gloves in also informed that, in certain pending state court litigation, the Alleged Debtor admitted to sham transfers of real property[1] and the filing of a new debtor syndrome Chapter 11 case, In re Vail Lake Groves LLC, Case no. 11-14665-PB11, before Judge Bowie, which was subsequently dismissed on March 12, 2012.  *See* Request for Judicial Notice (RJN), docket no. 38, Exhibit 2 - Perry Declaration, ¶¶ 13-14; and Exhibit 3, Phillips Declaration"). ¶ 13.

      3.     As set forth in the RFS Motion, on February 28, 2012, the San Diego Superior Court entered judgment in favor of Kid Gloves, and against the Alleged Debtor, authorizing Kid Gloves foreclosure with respect to the Property ("Foreclosure Judgment").   See Abreu Declaration, docket no. 35, Ex. 16.  Kid Gloves scheduled a foreclosure sale on the Property, set for December 27, 2012.  On Wednesday, December 26, 2012, one day prior to the scheduled foreclosure's sale on the subject property, Ms. Abreu received an e-mail from Alleged Debtor's counsel, Mr. Phillips.  See Abreu Declaration, Ex. 19. Mr. Phillips stated that he needed a continuance of the foreclosure sale for a week to raise the cash needed to pay off the first trust deed.  If Kid Gloves did not agree to the continuance, he would be forced to file for bankruptcy protection.

     The same day (and the day before the foreclosure sale), an involuntary petition was filed by the Petitioning Creditors.  Kid Gloves is informed that the Alleged Debtor was subject to a preliminary injunction by the state court prohibiting the filing of an voluntary petition without the consent of one of its members, Ms. Chen.  See *Notice of Objection to Involuntary Petition and*

---

[1] The real property transferred to Vail Lake Groves, LLC, is not the Property which is Kid Gloves' collateral.

1  *Intent to File Motion to Dismiss*, docket no. 5.  Thus, the circumstances suggest that the
2  involuntary petition was collusively filed to evade this preliminary injunction.
3        The cooperative efforts of the Petitioning Creditors and the Alleged Debtor to delay
4  prosecution of the involuntary petition, via the repeated stipulations to extend the response deadline
5  (see docket nos. 5, 9, 15 and 25), further suggest that the involuntary petition was the product of
6  collusion.
7        Based upon the foregoing, Kid Gloves believes the involuntary petition was not filed in
8  good faith and should be dismissed.

9  DATED:  June 4, 2013

**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**

By:    */s/ Peter W. Lianides*
      Marc J. Winthrop, Esq.
      Peter W. Lianides, Esq.
Counsel for Secured Creditors, 1690463
Alberta Ltd. and Kid Gloves, Inc

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **SECURED CREDITORS' COMMENTS RE STATUS CONFERENCE ON INVOLUNTARY PETITION AND ANSWER** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 4, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Peter W. Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com,vcorbin@winthropcouchot.com
- Frederick C. Phillips    fcp@philaw.com
- Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Bryan Theis    bryan@theislaw.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 4, 2013, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

    SEE ATTACHED SERVICE LIST

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 4, 2013 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

Gregson M. Perry - gperrylaw@prodigy.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 4, 2013 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVICE VIA FIRST CLASS MAIL**

| | | |
|---|---|---|
| Alleged Debtor:<br>Vail Lake Rancho California, LLC<br>7824 Exchange Place<br>La Jolla, CA 92038 | Alleged Debtor:<br>Vail Lake-Rancho California, LLC<br>Attn:  William P. Johnson, Registered Agent<br>29400 Rancho California RD<br>Temecula, CA 92591-5204 | Kid Gloves<br>Vail Lake MML from Court and other docs<br>Document No. 188411 |
| Debtor's counsel         NEF<br>Frederick C. Phillips<br>Phillips, Haskett & Ingwalson, A.P.C.<br>701 "B" Street, Suite 1190<br>San Diego, CA 92101-3540 | United States Trustee<br>402 West Broadway, #600<br>San Diego, CA 92101-8511 | Cambridge Financial of CA LLC    NEF<br>c/o Gregory M. Salvato, Esq.<br>Salvato Law Offices<br>Wells Fargo Center<br>355 S. Grand Ave., #2450<br>Los Angeles, CA 90071-9500 |
| Richard Crowell, petitioning creditor<br>427 Fern Leaf Way<br>Corona del Mar, CA 92625 | Wayne Gregory, petitioning creditor<br>825-A8 South Waukegan Road<br>Waukegan, IL 60045 | Thomas Tahara, petitioning creditor<br>PO Box 1674<br>Solana Beach, CA 92075 |