CSD 1185 [10/01/12] Name, Address, Telephone No. & I.D. No.

MARC J. WINTHROP -- State Bar No. 63218
  mwinthrop@winthropcouchot.com
PETER W. LIANIDES -- State Bar No. 160517
  plianides@winthropcouchot.com
**WINTHROP COUCHOT P.C.**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Kelly Abreu -- State Bar No. 158610
**Law Office of Kelly Abreu**
P.O. Box 644
Murrieta, CA 92564
Telephone: (951) 600-0260

Counsel for Secured Creditors,
Kid Gloves, Inc. and 1690463 Alberta Ltd.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### 325 West "F" Street, San Diego, California 92101-6991

| In re<br><br>VAIL LAKE RANCHO CALIFORNIA, LLC,<br><br>Debtor. | Bankruptcy No. 12-16684 LA11 |
|---|---|
| KID Gloves, Inc., and 1690463 Alberta Ltd.,<br><br>Moving Party | RS NO. PWL2 |
| Vail Lake Rancho California, LLC,<br>Ecstatic Holdings Inc.,<br>Phillips, Haskett & Ingwalson, P.C.,<br>United Mercantile Bank & Trust Company, N.A.<br>Security Pacific Bank,<br>First Interstate Bank of California<br>Shamrock Minerals, Inc.<br>Clifford Douglas, Trustee of the Clifford Douglas Profit Sharing Plan Trust,<br>Clifford Douglas, Trustee of the Douglas 1997 Trust,<br>XD Conejo Notes, LLC,<br>Franchise Tax Board,<br>KB Homes Coastal Inc.,<br>Craig Johnson & Associates PC,<br>State of California, Department of Industrial Relations,<br>Lamar Central Outdoor LLC,<br>County of Riverside,<br><br>Respondent(s) | |

## NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE ABOVE NAMED RESPONDENT(S)[1]:

YOU ARE HEREBY NOTIFIED that Motion for Relief from the Automatic Stay provided by § 362 of the Bankruptcy Code has been filed. If you object to the Court granting relief from the automatic stay as requested in the Motion, YOU MUST, WITHIN 11 DAYS FOLLOWING THE DATE OF SERVICE OF THIS NOTICE OF MOTION ON YOU:

1.  Obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number contains the letter:

| | | | | | |
|---|---|---|---|---|---|
| - | MM | - | Call (619) 557-7407 | - | DEPARTMENT ONE (Room 218) |
| - | LA | - | Call (619) 557-6594 | - | DEPARTMENT TWO (Room 118) |
| - | LT | - | Call (619) 557-6018 | - | DEPARTMENT THREE (Room 129) |

---

[1] Local Bankruptcy Rule 4001-2, printed on the reverse side, governs service of this notice.

CSD 1185 [10/01/12] Name, Address, Telephone No. & I.D. No.

|   |   | PB |   | Call (619) 557-5157 |   | DEPARTMENT FOUR (Room 328) |
|---|---|---|---|---|---|---|
|   |   | CL |   | Call (619) 557-6019 |   | DEPARTMENT FIVE (Room 318) |

2. File with the Clerk of the Bankruptcy Court, at the address shown above, the original and one copy of:
   (a) an "OPPOSITION TO MOTION" (for real or personal property, use Form CSD 1161 of this Court);
   (b) a "DECLARATION IN OPPOSITION TO THE MOTION"[2]; and
   (c) a separate "REQUEST AND NOTICE OF HEARING ON MOTION," using Form CSD 1186 of this Court (this form may be obtained from the Office of the Clerk);

3. Serve a copy of these documents on the [Attorney for the] Moving Party named in the upper left hand corner.

4. Serve a copy of these documents on each of the additional parties as required by Local Bankruptcy Rule 4001-3.

**IF YOU FAIL TO FILE WITH THE CLERK AND SERVE ON THE MOVING PARTY YOUR REQUEST FOR HEARING AND THE DECLARATION IN OPPOSITION TO MOTION WITHIN THE 11-DAY[2] PERIOD PROVIDED BY THIS MOTION, THE COURT MAY GRANT THE MOVING PARTY RELIEF FROM THE AUTOMATIC STAY WITHOUT FURTHER NOTICE TO YOU OR A HEARING.**

Dated:   June 14, 2013

_____
[Attorney for] Moving Party

### ALL PLEADINGS RELATED TO THIS PARTICULAR RS ACTION MUST CONTAIN THE ABOVE CAPTION

1. **ALL PLEADINGS RELATED TO THIS PARTICULAR RS ACTION MUST CONTAIN THE ABOVE CAPTION.**
2. **INSTRUCTIONS TO RESPONDENT**: If you file a "Declaration in Opposition to the Motion," it must be signed by the respondent under oath; and
   (1) Identify the interest of the respondent in the property;
   (2) State with particularity the grounds for the opposition;
   (3) If respondent is the debtor or the trustee, state the provable value of the property specified in the Motion and the amount of equity which would be realized by the debtor after deduction of all encumbrances; and
   (4) Contain a statement as to competence of the declarant and the foundation for any opinion therein.
3. **INSTRUCTIONS TO MOVING PARTY**: Local Bankruptcy Rule 4001-2 provides that:
   "(a) A motion for stay relief . . . . shall:
   "(1) name, as respondents, the debtor, the trustee, and other entities entitled to receive notice of default or notice of sale under applicable non-bankruptcy law governing foreclosure of real or personal property which is the subject of the motion, or the agents for such parties;
   "(2) state with particularity the relief or order sought, and the grounds for such relief or order;
   "(3) state the status of any pending foreclosure or repossession;
   "(4) if the basis of the motion is lack of equity or adequate protection, and value is relevant, state by declaration the provable value of the subject property and the amount of any known encumbrances. The declaration shall also contain a statement as to the competency of the declarant and the foundation for any opinion therein; and
   "(5) if the motion is brought for cause, state by declaration or other verified pleading the specific facts that constitute such cause.
   "(b) failure to set forth the information required by this rule may be grounds for denial of the relief requested.
   "(c) the moving party shall serve the motion, together with Local Form CSD 1185, NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY, on the parties named in Local Bankruptcy Rule 4001-2(a)(1) above. In a chapter 11 or 12 case, a copy of the motion shall also be served on the United States Trustee."
   ***MOTIONS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES**

---

[2] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f). Instructions for the Respondent and the date of service of this notice indicated in the Certificate of Service are printed on the reverse side.                                                                                                                                                                 188615

CSD 1185 [10/01/12] Name, Address, Telephone No. & I.D. No.

===============================================================================================================

[The below Certification of Service must accompany the Notice of Motion printed on the reverse and any motion for entry of default order pursuant to Local Bankruptcy Rule 4001-5.]

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 14th day of June, 2013, [DATE OF SERVICE$^3$], I served a true copy of the within NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY, together with a copy of the Motion for Relief from Stay and [describe any other papers]:

By [describe mode of service]: FIRST CLASS MAIL

on the following persons [set forth name and address of each person served] and/or as checked below:

[X]   Attorney for Debtor (or Debtor), if required:


See attached service list



[X]   For Chpt. 11 & 12 cases:            [ ]   For ODD numbered Chapter 13 cases:            [ ]   For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE                THOMAS H. BILLINGSLEA, JR., TRUSTEE            DAVID L. SKELTON, TRUSTEE
Department of Justice                530 "B" Street, Suite 1500                     525 "B" Street, Suite 1430
402 West Broadway, Suite 600         San Diego, CA 92101                            San Diego, CA 92101-4507
San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2013                                    /s/ Viann Corbin
                                                             (Typed Name and Signature)

                                                             660 Newport Center Dr., 4th Fl.
                                                             (Address)

                                                             Newport Beach, CA 92660
                                                             (City, State, ZIP Code)

---

$^3$ This DATE OF SERVICE commences the time period for responding to Motion.

# NEF SERVICE LIST

- Mary Testerman Duvoisin    mary.m.testerman@usdoj.gov, USTP.region15@usdoj.gov;tiffany.l.carroll@usdoj.gov
- Michael Gerard Fletcher    mfletcher@frandzel.com, efiling@frandzel.com,shom@frandzel.com
- Peter W. Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com,vcorbin@winthropcouchot.com
- Ali M.M. Mojdehi    amojdehi@cooley.com, jgertz@cooley.com;bbyun@cooley.com;arego@cooley.com
- Frederick C. Phillips    fcp@philaw.com
- Thomas M. Robins    trobins@frandzel.com, efiling@frandzel.com,achase@frandzel.com
- Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Bryan Theis    bryan@theislaw.com
- United States Trustee    ustp.region15@usdoj.gov

## SERVICE VIA FIRST CLASS MAIL

Vail Lake Rancho California, LLC
7824 Exchange Place
La Jolla, CA 92038

Vail Lake-Rancho California, LLC
Attn: William P. Johnson, Registered Agt
~~29400 Rancho California RD~~
~~Temecula, CA 92591-5204~~
**Attempted/Not Known -- 6/10/2013**

Kid Gloves
Vail Lake MML from Court and other docs
Document No. 188411

Phillips, Haskett & Ingwalson, A.P.C.
Frederick C. Phillips
701 "B" Street, Suite 1190
San Diego, CA 92101-3540

United States Trustee
Mary Testerman Duvoisin, Esq.
402 West Broadway, #600
San Diego, CA 92101-8511

20 Largest
Thomas Tahara, petitioning creditor
PO Box 1674
Solana Beach, CA 92075

20Largest
Richard Crowell, petitioning creditor
427 Fern Leaf Way
Corona del Mar, CA 92625

Wayne Gregory, petitioning creditor
825-A8 South Waukegan Road
Waukegan, IL 60045

Cambridge Financial of CA LLC
c/o Thomas C. Mjundell, Es.
Mundell Odlum & Haws LLP
650 E. Hospitality Lane, #470
San Bernardino, CA 92408

Elysian Events, LLC
20Largest
c/o Bryan Theis
Theis Law Group, PC
PO Box 13939
Los Angeles, CA 90013

Cambridge Financial of CA LLC
c/o Gregory M. Salvato, Esq.
Salvato Law Offices
Wells Fargo Center
355 S. Grand Ave., #2450
Los Angeles, CA 90071-9500

Blum Collins LLP,
707 Wilshire Blvd STE 4880
Los Angeles, CA 90017-3604

Vail Lake Rancho California
c/o William Johnson
PO Box 1955
Rancho Santa Fe, CA 92067

**20 LARGEST**

**20 LARGEST**

**20 LARGEST**

North Plaza LLC
c/o Richard M Kipperman, Liq.Tee
PO Box 310
La Mesa, CA 91944-3010

Jaraslav Medec
38000 Highway 79 S.
Temecula, CA 92589

Darrell Connection
31618 Corte Rosario
Temecula, CA 92592

Wayne Gregory
825-A8 South Waukegan
Waukegan, IL 60045

The Paul Company
Attn: Doug Paul
915 Camino Del Mar, #224
Del Mar, CA 92625

Orange County Pump
1627 Boyd Street
Santa Ana, CA 92705

SoCal Edison
PO Box 300
Rosemead, CA 91772-0001

Anza Gas Services
PO Box 391819
Anza, CA 92539

James Bree, Dorene Bree
c/o BuchalterNemer
18400 Von Karman Ave., #800
Irvine, CA 92612

MML from Court

Dept. Indus. Rel Labor Law Enforce
1550 West Main St
El Centro, CA 92243-2105

Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 96812-2952

IRS-Insolvency Division
PO Box 7346
Philadelphia, PA 19101-7346

State Board of Equalization
PO Box 942879
Sacramento, CA 94279-0001

US Securities & Exchange Comm.
Attn: Bankruptcy Counsel
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036-5627

Division of Labor Standards
Enforcement
7575 Metropolitan Dr., #210
San Diego, CA 92108-4424

Dun & Bradstreet
Attn: Lynne Roberts, 2
3501 Corporate Parkway
PO Box 520
Center Valley, PA 1803

NEF RSN6/11/13
Cambridge Financial of California LLC
c/o Frandzel Robins Bloom & Csato LC
Thomas Robins, III/Michael G. Fletcher
6500 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048

**KidGloves – Jr lien holders/TaxCollector**
**Document No. 188753**

Security Pacific Bank
12121 Wilshire Bldv., Suite 1350
Los Angeles, CA 90025

Pacific Western Bank
(Successor to Security Pacific Bank)
401 West A Street
San Diego, CA 92101

First Interstate Bank
401 North 31st Street
P.O. Box 30918
Billings, MT 59116

KB Home Coastal Inc.
12235 El Camino Real, Suite 100
San Diego, CA 92130

KB Home
10990 Wilshire Blvd.
Los Angeles, CA 90024

Craig Johnson & Associates PC
8 Garden Center
Broomfield, CO 80020-7003

Phillips, Haskett & Ingwalson PC
701 B Street, #1190
San Diego, CA 92101

XD Conejo Notes, LLC
2277 Townsgate Rd, #204
Westlake Village, CA 91361

Riverside County Treasurer-Tax Collector
40935 County Center Drive, Suite C
Temecula, CA 92591

Riverside County Treasurer-Tax Collector
P.O. Box 12005
Riverside, CA 92502-2205

**Additional Parties from Title Report**

CSD 1185 [10/01/12] Name, Address, Telephone No. & I.D. No.

Gary Clawson & Jean Clawson
43425 Sage Road
Hemet, CA 92343

Ecstatic Holdings, Inc.
251 Jeanell Dr., #3
Carson City, NV 89703

Ecstatic Holdings, Inc.
Attn: Matthew A. Taylor
311 W. Third St.
Carson City, NV 89703

United Mercantile Bank & Trust Co., NA
1300 East Green Street
Pasadena, CA 91106

First Interstate Bank of California
c/o San Diego DLC
PO Box 210028
San Diego, CA 2121

Shamrock Minerals, Inc.
c/o John Mulder
11731 Corle Sosegado
San Diego, CA 92128

Clifford Douglas, Tee of C. Douglas Profit Sharing Plan Trust & Douglas 1977 TR
PO Box 2729
Rancho Santa Fe, CA 92067

XD Conejo Notes, LLC
Attn: Susan Lipson
Mundell Odhun & Haws LLP
650 E. Hospitality Lane, #470
San Bernardino, CA 92408

Vail Lake Rancho California
c/o Seltzer Caplan McMahon Citek
750 "B" Street, #2100
San Diego, CA 92101

KB Home Coastal, Inc.
Prindle Decker & Amaro LLP
310 Golden Shore, 4th Fl.
Long Beach, CA 90801-5511

Craig Johnson & Assoc, dba Tenner Johnson
c/o Tenner Johnson LLP
41592 Winchester Rd., Suite 200 PMB 004
Temecula, CA 92590

Badger Law Office
5055 Canyon Crest Dr.
Riverside, CA 92507

Labor Commissioner, Div. of Labor Standards Enforcement
James E. Berry, Esq.
2031 Howe Ave., Ste. 100
Sacramento, CA 95825