1 | Michael Gerard Fletcher (State Bar No. 070849)
      mfletcher@frandzel.com
2 | Reed S. Waddell (State Bar No. 106644)
      rwaddell@frandzel.com
3 | Christopher D. Crowell (State Bar No. 253103)
      ccrowell@frandzel.com
4 | FRANDZEL ROBINS BLOOM & CSATO, L.C.
    6500 Wilshire Boulevard
5 | Seventeenth Floor
    Los Angeles, California 90048-4920
6 | Telephone: (323) 852-1000
    Facsimile: (323) 651-2577
7 |
    Attorneys for Creditor Cambridge Financial of
8 | California, LLC

9 |                    UNITED STATES BANKRUPTCY COURT

10 |                   SOUTHERN DISTRICT OF CALIFORNIA

11 |

12 | In re                                    CASE No. 12-16684-LA11

13 | VAIL LAKE RANCHO CALIFORNIA, LLC,         Chapter 11
     a California limited liability company; VAIL
14 | LAKE USA, LLC, a California limited        Jointly Administered with:
     liability company; VAIL LAKE VILLAGE &     Case No. 13-05927-LA11
15 | RESORT, a California limited liability      Case No. 13-05930-LA11
     company; VAIL LAKE GROVES, LLC, a          Case No. 13-05931-LA11
16 | California limited liability company; AGUA  Case No. 13-05932-LA11
     TIBIA RANCH, LLC, a Delaware limited       Case No. 13-05944-LA11
17 | liability company; OUTDOOR
     RECREATIONAL MANAGEMENT, LLC, a
18 | California limited liability company,       MAPS

19 |              Debtors.                       Date:    September 12, 2013
                                                 Time:    10:00 a.m.
20 |                                             Dept.:   2
                                                          Hon. Louise DeCarl Adler
21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1264262.1 | 100776-0001                    1
                                          MAPS

1    Cambridge Financial of California LLC ("Cambridge"), secured creditor of the Debtors

2    herein, hereby submits its Maps exhibit with respect to its reply to the Debtor's Opposition to

3    Motion for Order Designating Vail Lake USA LLC ("VLUSA") as a "Single Asset Real Estate"

4    Entity, and with respect to any other proceeding where seeing a Map might prove useful.[1]

5

6    Map 1 (Exhibit 1) is of the general Vail Lake surrounding area.

7

8    Map 2 (Exhibit 2) is of the "Sundance Parcels" and Lot 13, to the east of Vail Lake.

9

10    Map 3 (Exhibit 3), previously attached to ECF 249-28 (as Exhibit 20) is the Western

11    Riverside County Multi Species Habitat Conservation Plan overlay for the Vail Lake area.

12

13    DATED: August 26, 2013                Respectfully submitted,

14                                          FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                            MICHAEL GERARD FLETCHER
15                                          REED S. WADDELL
                                            CHRISTOPHER D. CROWELL
16

17

18                                          By:  /s/ Reed S. Waddell
                                                 _____
19                                               REED S. WADDELL
                                                 Attorneys for Creditor Cambridge Financial of
20                                               California, LLC

21

22

23

24

25

26    _____

27    [1] Versions of Maps 1 and 2 have previously been shared with the Debtors, including a
      version of Map 1 being used by them in a prior filing (ECF 237-3, Exhibit 1).
28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

# EXHIBIT 1

EXHIBIT 3B

MARINA HIGH WATER
BOAT RAMP AREA

= USA

= VR

= RC

INDEX MAP

SHEET 1 OF 2 SHEETS

DEC. 31, 1996

GRAPHIC SCALE IN FEET

D:\401053\EXMAP-3

# EXHIBIT 2



Lot 13

581 07001

581 070012

581 070015 581 070 004

917 050 004

581 070016

581 070015

917 050 003

581 150 013

581 150

581 150017

581 150 015

917 050 009

581 150 014

Approx scale 1:24884

Riverside County TLMA GIS

Selected parcel(s):
581-150-015

LEGEND

= Sundance

IMPORTANT*
The information made available through the Riverside County Geographic Information System... The information is for reference purposes only. It is not intended to be used as base level information only and is not intended to replace any recorded documents or other public records. Contact appropriate County Department or Agent, if necessary. Reference to recorded documents and public records may be necessary and is advisable

# EXHIBIT 3

